In the Matter of ARTHUR BRANCH, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [825 NYS2d 652]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 5, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN McGRAIN, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered July 29, 2004. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.